UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$38,167.00 IN U.S. CURRENCY,<br><br>Defendant. | Civil No.   03cv1118-J(POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |
|---|---|

On May 17, 2007, the Honorable Napoleon A. Jones Jr. referred the parties to this Court for a Settlement Conference.  Accordingly, **IT IS HEREBY ORDERED**:

A Settlement Conference shall be held on **June 20, 2007, at 2:00 p.m.**  If the case does not settle at the Settlement Conference, a Case Management Conference shall be held immediately thereafter.

All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference.  The parties must be prepared to present demands and offers of settlement.  All conference discussions will be informal, off the record, privileged, and confidential.

DATED:  May 24, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:         the Honorable Napoleon A. Jones Jr.

            All parties

- 1 -                                                                                           03cv1118