UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$38,167.00 IN U.S. CURRENCY,<br><br>Defendant. | Civil No.   03cv1118-J(POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |
|---|---|

On May 17, 2007, the Honorable Napoleon A. Jones Jr. referred the parties to this Court for a Settlement Conference.  Accordingly, **IT IS HEREBY ORDERED**:

A Settlement Conference shall be held on **June 20, 2007, at 2:00 p.m.**  If the case does not settle at the Settlement Conference, a Case Management Conference shall be held immediately thereafter.

All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.  The parties must be prepared to present demands and offers of settlement.  All conference discussions will be informal, off the record, privileged, and confidential.

DATED: May 24, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:         the Honorable Napoleon A. Jones Jr.
            All parties

- 1 -                                                               03cv1118